# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | No. 16-234 |
| v. | : | |
| | : | **CIVIL ACTION** |
| **DANIEL GEORGE BROWN** | : | No. 20-5007 |
| | : | |

## ORDER

This 26th day of August, 2021, it is hereby **ORDERED** that Defendant's Motion to Vacate/Set Aside/Correct Sentence (2255) under 28 U.S.C. 2255 (ECF 65) is **DENIED.** There is no basis on which to issue a Certificate of Appealability. The Clerk is requested to mail this Order and accompanying Memorandum to the last address Petitioner provided to the Court.

     /s/ Gerald Austin McHugh
    United States District Judge

1